JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-09611-PD                              Date: May 15, 2026

Title    *Angel Garcia v. Upscale Collectables, et al.*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

|              Isabel Verduzco              |                N/A                 |
| :---------------------------------------: | :--------------------------------: |
|               Deputy Clerk                |      Court Reporter / Recorder      |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

N/A                                              N/A

**Proceedings (In Chambers):        Order Dismissing Case Without Prejudice**

On January 16, 2026, Angel Garcia ("Plaintiff") filed a Notice of Settlement of Entire Case. Dkt. No. 12. In the Notice of Settlement, the parties requested thirty days to file dispositional documents. *Id.* Consequently, on January 29, 2026, the Court issued a text-only-entry ordering Plaintiff to file a Voluntary Dismissal of the action pursuant to Fed. R. Civ. P. 41(a)(1) by no later than February 17, 2026. Dkt. No. 13. Since then, no dismissal has been filed. Therefore, based on the representation that the entire case has settled and Plaintiff failed to file a Voluntary Dismissal by the Court's deadline, the Court dismisses this action without prejudice.

IT IS SO ORDERED.